1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND WALLACE, et al., | No. 2:16-cv-1000 TLN CKD PS |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| BUCKINGHAM PROPERTY MANAGEMENT, et al., | |
| Defendants. | |

    Plaintiffs are proceeding in this action pro se.  In this action, plaintiffs allege only state law claims.  The complaint alleges diversity as the basis of jurisdiction.  However, plaintiffs are residents of California and the complaint alleges that at least two of the defendant corporations are citizens of California.  Thus diversity jurisdiction is lacking.

    The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiffs will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that no later than May 31, 2016, plaintiffs shall
2  show cause why this action should not be dismissed for lack of subject matter jurisdiction.
3  Dated: May 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 wallace1000.osc.nosmj