1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLEVELAND WALLACE, et al.,                No.  2:16-cv-1000 TLN CKD PS

12              Plaintiffs,

13        v.                                   ORDER TO SHOW CAUSE

14   BUCKINGHAM PROPERTY
     MANAGEMENT, et al.,
15
                Defendants.
16

17

18        Plaintiffs are proceeding in this action pro se.  In the initial complaint, plaintiffs alleged

19   only state law claims and alleged diversity as the basis of subject matter jurisdiction.  Because the

20   parties are not diverse, plaintiffs were ordered to show cause why the action should not be

21   dismissed for lack of subject matter jurisdiction.  In response, plaintiffs filed an amended

22   complaint in which plaintiffs allege that defendants have engaged in unauthorized electronic

23   surveillance in violation of 18 U.S.C. § 2510 (Wiretap Act).  A private right of action is conferred

24   under that Act.  18 U.S.C. §§ 2511(1)(a), 2520.

25    /////

26    /////

27    /////

28    /////

                                              1

1    Accordingly, IT IS HEREBY ORDERED that the order to show cause (ECF No. 4) is

2   discharged.

3   Dated:  June 27, 2016

4   _____
    CAROLYN K. DELANEY

5   UNITED STATES MAGISTRATE JUDGE

6   4 wallace1000.osc.dis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28