UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND WALLACE, et al., | No. 2:16-cv-01000-TLN-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| BUCKINGHAM PROPERTY MANAGEMENT, et al., | |
| Defendants. | |

Plaintiffs filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 11, 2016, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed August 11, 2016, are adopted in full; and

    2.  Plaintiffs' motion for temporary restraining order (ECF No. 19) is denied.

Dated: November 8, 2016

          Troy L. Nunley
          United States District Judge