UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND WALLACE, et al., | No. 2:16-cv-01000-TLN-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| BUCKINGHAM PROPERTY MANAGEMENT, et al., | |
| Defendants. | |

Plaintiffs filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On September 22, 2016, the magistrate judge filed findings and recommendations herein, which were served on Plaintiffs and which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 22, 2016, are adopted in full;

2. Defendants' motions to dismiss (ECF Nos. 16, 17) are granted; and

3. Defendants Budget Prepay, Inc. and Sparkles Carwash & Lube are dismissed with prejudice.

Dated: December 5, 2016

Troy L. Nunley
United States District Judge

2